HYMAN BERMAN, an Infant, by CLARA BERMAN, His Guardian ad Litem, Respondent, v. HARRY STEINKLEIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Finch, McAvoy, Martin and Burr, JJ.; Martin, J., dissents.

MORRIS L. BAYARD and Others, Appellants, v. HURLBURT MOTORS, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Finch, McAvoy, Martin and Burr, JJ.

LYDIA AGNES STOEVER, Appellant, Respondent, v. SARAH ELLEN PHILLIPS, Known as "ELAINE HALE PHILLIPS," Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Dowling, Finch, McAvoy, Martin and Burr, JJ.; Dowling and McAvoy, JJ., dissent and vote to reverse the order so far as appealed from by plaintiff and to grant the motion to strike out the second separate and partial defense.

ELIAS RESHEN, Respondent, v. SAMUEL SCHWARTZ and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

LOUIS L. SCHWARTZ & Co., INC., Respondent, v. DAVID CALEF and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

KATE A. WEST, as Executrix, etc., of PETER W. M. WEST, Deceased, and Others, Appellants, v. ORSON KILBORN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

MAX OSIAS, Respondent, v. ROBERT M. SOMMER, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.; McAvoy and Burr, JJ., dissent.

RUMSEY & GREUTERT COMPANY, INC., Respondent, v. ROBERT W. RUMSEY, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

DOROTHY B. NEGBAUR and Another, Appellants, v. N. H. BORENSTEIN & SONS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

ARTHUR M. L. MOLTER and Others, as Executors, etc., of HENRY T. MOLTER, Deceased, Respondents, v. STEPHEN K. WATTS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

APPERSON REALTY CORPORATION, Appellant, Respondent, v. STAFFORD BROTHERS, INC., Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

IRVING GORDON, an Infant, by SAMUEL GORDON, His Guardian ad Litem, Respondent, v. LINDLEY M. GARRISON, as Receiver of THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.